IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 NOV 29 PM 2:41

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| AMANDA U. AJULUCHUKU, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| v. | |
| FEDEX CORPORATION, | CASE NO: 05-2703 Ml/An |
| Defendant. | |

### JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court for consideration, the issues having been considered, and a decision rendered,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Motion to Proceed In Forma Pauperis, Order of Dismissal, Order Certifying Appeal Not Taken in Good Faith, and Order Assessing Appellate Filing Fee, entered November 29, 2005, this case is DISMISSED.

APPROVED:

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT COURT

Nov. 29 2005
Date

THOMAS M. GOULD
Clerk of Court

/s/ Judy Easley
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-30-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CV-02703 was distributed by fax, mail, or direct printing on November 30, 2005 to the parties listed.

---

Amanda U. Ajuluchuku
P.O. Box 95343
Atlanta, GA 30347

Honorable Jon McCalla
US DISTRICT COURT